```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

JP Morgan Chase Bank, NA, et al.

    v.                                                  Case No. 19-cv-132-JL

Grecia J. Morel Brito, et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Daniel J. Lynch dated May 15, 2020.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    **SO ORDERED.**

                                                    _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: June 12, 2020

cc:  Jamie Marie Welch, Esq.